U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

UNITED STATES OF AMERICA

Case Number:

08-CR-385 - 1

CARLOS BELTRAN

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CARLOS BELTRAN

FILED
MAY 14 2008
MARTIN C. ASHMAN
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

| NAME (Type or print) |
| --- |
| JOSEPH R. LOPEZ |

| FIRM |
| --- |
| JOSEPH R. LOPEZ, LTD. |

| STREET ADDRESS |
| --- |
| 53 W. JACKSON BLVD. SUITE 1122 |

| CITY/STATE/ZIP |
| --- |
| CHICAGO, IL 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6186562 | (312) 922-2001 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?  YES X   NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES ☐   NO X

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?  YES X  NO ☐

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES X  NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL X     APPOINTED COUNSEL ☐