## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Martin C. Ashman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 385 - 1 | **DATE** | 5/16/2008 |
| **CASE TITLE** | USA vs. Carlos Beltran | | |

**DOCKET ENTRY TEXT**

Preliminary examination hearing held on 5/16/2008. Probable cause has not been established; order complaint dismissed and defendant discharged.

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | IS |
|---|---|---|